-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TERRANCE SYKES, Jr. #14552-055,

        Plaintiff,

                                              DECISION and ORDER
-v-                                            08-CV-6093P

FRANK P. GEARACI, County Court Judge;
RICHARD C. ROXIN, Prosecutor;
DAVE SIMPSON; SCOTT HILL;
FRANK ALVARDO; L. KINGSLEY;
BRETT SOBIERASKI; LINDA TEAGUE;
CITY OF ROCHESTER; GARY BITETTI;
JOHN R. SCHWARTZ; LISA JOHNSON;
MAGGIE BROOKS; DAVID MOORE;
HARVEY VANHOVEN; MONROE COUNTY;
UNKNOWN PUBLIC DEFENDER;
UNKNOWN GRAND JURORS;
JAMES L. HENDRICKS; OFFICER SINDONI
and OFFICER POST;

        Defendants.

---

        Plaintiff Terrance Sykes, Jr. has brought this action under 42 U.S.C. § 1983.  This action is hereby transferred to United States District Court Judge David G. Larimer.

        SO ORDERED.

DATED:        Rochester, New York
                    March 19, 2008

                                                    _/s/ Marian W. Payson_
                                                    MARIAN W. PAYSON
                                                    United States Magistrate Judge