UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TERRANCE SYKES,

                      Plaintiff,

                                                              <u>DECISION AND ORDER</u>

                                                              08-CV-6093L

           v.

FRANK P. GERACI, et al.,

                      Defendants.
_____

Plaintiff Terrance Sykes' motion to recuse this Court (Dkt. #16) is in all respects denied.

IT IS SO ORDERED.

                                                        _____
                                                           DAVID G. LARIMER
                                                       United States District Judge

Dated: Rochester, New York
        March 6, 2012.