UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TERRANCE SYKES,

                        Plaintiff,

                                                      DECISION AND ORDER

                                                      08-CV-6093L

                    v.

FRANK P. GERACI, et al.,

                        Defendants.
_____

       Plaintiff Terrance Sykes' motion to recuse this Court (Dkt. #16) is in all respects denied.

       IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
       March 6, 2012.