UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TERRANCE SYKES,

                                                Plaintiff,

                                                                                            DECISION AND ORDER

                                                                                              08-CV-6093L

                                                v.

FRANK P. GERACI, et al.,

                                              Defendants.
_____

       Plaintiff Terrance Sykes' motion pursuant to Rule 52(b)  (Dkt. #18) is in all respects denied.

       IT IS SO ORDERED.

                                                                 _____
                                                                     DAVID G. LARIMER
                                                            United States District Judge

Dated: Rochester, New York
        April 4, 2012.